Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
5042 Wilshire Boulevard, Suite 46382
Los Angeles, CA 90036
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Williams

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Williams,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Won, et al.<br><br>Defendants. | Case Number:<br>8:21−cv−00942−DOC−DFM<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

-1-
**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff BRYAN WILLIAMS and Defendants SAMUEL WON and HAN&C PROPERTY INVESTMENT, LLC hereby stipulate as follows:

1. Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 3, 2021   By: /s/ *Ross Cornell*
                             Ross Cornell, Esq.,
                             Attorneys for Plaintiff,
                             BRYAN WILLIAMS

Dated: October 3, 2021   By: /s/ *Stephen Abraham*
                             Stephen Abraham, Esq.,
                             Attorneys for Defendants,
                             SAMUEL WON and HAN&C
                             PROPERTY INVESTMENT, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2021   LAW OFFICES OF ROSS CORNELL, APC

                         By: /s/ *Ross Cornell*
                             Ross Cornell, Esq.,
                             Attorneys for Plaintiff